

1407 Broadway, Suite 4002
New York, NY  10018
Telephone: **(212) 421-8100**
Fax: **(212) 421-8170**
www.wmlawny.com

**Daniel F. Markham, Esq.**
dmarkham@wmlawny.com

December 20, 2022

**<u>Via ECF</u>**
Honorable Jesse M. Furman
U.S. District Court, Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

    Re:    *Lamparelli v. Manzello et ano.*, No. 1:22-cv-5604
              Motion to Join Additional Parties, ECF No. 39

Dear Judge Furman:

    We represent plaintiff Giacomo Lamparelli in the above captioned action. Based upon an agreement between the parties, we hereby withdraw Mr. Lamparelli's Motion for Leave to Join Additional Parties (ECF No. 39).

Respectfully,

*Daniel F. Markham*

Daniel F. Markham

Cc:    John D. Fowler, III, Esq.
        Michael S. Carnevale, Esq.
        KIBLER FOWLER & CAVE LLP
        *Counsel for Defendant James Manzello*

        Amelia T.R. Starr, Esq.
        Craig T. Cagney, Esq.
        DAVIS POLK & WARDWELL LLP
        *Counsel for Defendant Matthew Pavich*

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

*[signature]*

December 21, 2022