UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
GIACOMO LAMPARELLI,                                                 :
                                                                    :
                              Plaintiff,                            :          22-CV-5604 (JMF)
                                                                    :
              -v-                                                   :          ORDER
                                                                    :
JAMES MANZELLO et al.,                                              :
                                                                    :
                              Defendants.                           :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motions to dismiss, *see* ECF Nos. 49, 53, their earlier
motions to dismiss filed at ECF Nos. 29 and 33, are hereby DENIED as moot.  Plaintiff shall file
any opposition to the motions to dismiss — in the form of a single, consolidated memorandum of
law, not to exceed 25 pages — by **January 31, 2023**.  Each Defendant's reply, if any, shall be
filed by **February 7, 2023**.  Additionally, the upcoming pretrial conference (currently scheduled
for April 26, 2023, *see* ECF No. 26) is ADJOURNED *sine die*.

        The Clerk of Court is directed to terminate ECF Nos. 29 and 33.

        SO ORDERED.

Dated: January 18, 2023                         _____
        New York, New York                               JESSE M. FURMAN
                                                         United States District Judge