UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GIACOMO LAMPARELLI, :
:
                      Plaintiff, :         22-CV-5604 (JMF)
:
     -v- :         <u>ORDER</u>
:
JAMES MANZELLO et al., :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 17, 2023, Defendants moved to dismiss. *See* ECF Nos. 49, 53. At the Court's direction, however, the parties engaged in a settlement conference under the supervision of Magistrate Judge Gabriel W. Gorenstein on March 21, 2023. *See also* ECF Nos. 64, 67. Following the settlement conference, the parties sought, and the Court granted, extensions of the discovery deadlines "to facilitate ongoing mediation and settlement efforts." ECF No. 77; *see also* ECF No. 78. In light of that, the Court has thus far refrained from addressing the motions.

        In light of the parties' "ongoing mediation and settlement efforts," and discovery, the Court is inclined not to devote its resources to Defendants' motions at this time. Instead, the Court proposes denying the motions without prejudice to renewal on summary judgment. If any party objects to that proposal, or believes that it would be helpful (e.g., in connection with settlement efforts) for the Court to rule on the motions sooner, the parties shall file a joint letter indicating as much by **April 27, 2023**. (To be clear, the parties need not and should not state in such a letter which party objects; it suffices to state that a party objects.) Absent a letter by that date, the Court will deny the motions without prejudice to renewal on summary judgment.

        SO ORDERED.

Dated: April 20, 2023                    _____
      New York, New York              JESSE M. FURMAN
                                           United States District Judge