**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIACOMO LAMPARELLI,

                Plaintiff,

-against-                              22 **CIVIL** 5604 (JMF)

**JUDGMENT**

JAMES MANZELLO et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 2, 2023, Defendants' motions to dismiss this case for improper venue are GRANTED and the case is DISMISSED without prejudice and the case is closed.

**Dated:**  New York, New York

        June 2, 2023

                                                               **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                           **BY:**

                                                                        **Deputy Clerk**